FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 11 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Alaa Elkharwily, MD
726 W. 6th Ave. #303
Spokane, WA 99204
507-3908-6735
PRO SE
ELKHARWily.Alaa@Gmail.Com

Neil E. Humphries, Esq.
421 W. Riverside
Suite 704
Spokane, WA 99201
509-838-4148
neil@neilhumphrieslawoffice.com
WSBA# 2737

Richard T. Wylie (MN# 11912X)
222 South Ninth Street
Suite 1600
Minneapolis, MN 55402
612-337-9581
Email: rickwlaw@aol.com
(pro hac vice will be applied for)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Wall Street Apartments, LLC, and Alaa Elkharwily,<br><br>                     Plaintiffs,<br><br>v.<br><br>City of Spokane, Luis Garcia, Dermott Murphy, Lance Dahl, Brian Schaeffer, Nathan Mulkey and Jason Ruffing,<br><br>                     Defendants. | Case No. **2:23-cv-00262-TOR**<br><br>Expedited Hearing Requested<br><br>**COMPLAINT** |

Plaintiffs for their Complaint state as follows:

1.    Plaintiff Wall Street Apartments LLC is the owner of an apartment building located at 225 S. Wall Streeet, Spokane, Washington.

1

Complaint

2. Plaintiff Alaa Elkharwily has a possessory interest in said apartment building pursuant to a master lease from Plaintiff Wall Street Apartments LLC with the right to lease individual apartment units within the building to tenants and with the obligation to maintain said building and to pay a mortgage on the premises.

3. Plaintiff Alaa Elkharwily is of middle eastern origin and is Muslim.

4. Plaintiff Alaa Elkharwily is a disabled person within the meaning of the Americans With Disabilities Act and Rehabilitation Act.

5. Defendant City of Spokane is a municipality in the state of Washington.

6. Defendant Luis Garcia is Director of Code Enforcement for the City of Spokane.

7. Defendant Dermott Murphy is a Building Official for the City of Spokane.

8. Defendant Lance Dahl is Fire Marshal for the City of Spokane.

9. Defendant Brian Schaeffer is Fire Chief for the City of Spokane.

10. Defendant Nathan Mulkey is Assistant Fire Marshal for the City of Spokane.

11. Defendant Jason Ruffing is Code Enforcement Officer for the City of Spokane.

12. This Court has jurisdiction of this action pursuant to 28 U.S.C Sec. 1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

13. Defendants' actions hereinafter described violate the Plaintiffs' due process rights under the 14th Amendment to the U.S. Constitution, Plaintiff Elkharwily's rights under the equal protection clause of the 14th Amendment and Plaintiff Elkharwily's rights under the Americans With Disabilities Act which are actionable under 42 U.S.C. Section 1983.

14. Defendants' acts hereinafter alleged were done under color of state law.

**COUNT I – VIOLATION OF DUE PROCESS**

Complaint

15. Reallege paragraphs 1-10 of this Complaint as if fully set for the herein.

16. Defendants have violated Plaintiffs' due process rights by, on August 31, 2023, issuing an order for non-occupancy of said apartment building and order directing tenants of the building to move out by September 12, 2023.

17. Said orders have been issued without good reason and with false reasons.

18. Plaintiffs have complied with all orders of Defendants with respect to applicable building and fire codes.

19. Said orders have been issued without affording Plaintiffs the opportunity to be heard on the merits of the orders and to contest the factual and legal basis for the orders.

20. Defendants have refused to permit Plaintiffs to appeal said orders.

21. Plaintiffs are without remedy to resist said orders.

22. Plaintiffs will suffer damages in terms of lost revenue if said orders are executed by Defendants, but substantial portions of Plaintiffs' damages will be irreparable because they may be considered speculative or difficult of proof.

**COUNT II – VIOLATION OF EQUAL PROTECTION**

23. Reallege paragraphs 1-22 of this Complaint as if fully set for the herein.

24. Defendants' actions alleged herein were taken because Plaintiff Alaa Elkharwily is of middle eastern origin and Muslim.

25. Defendants' actions alleged herein violate Plaintiff Elkharwily's rights under the Equal Protection Clause of the 14th Amendment to the U.S. Constitution.

**COUNT III - VIOLATION OF THE AMERICANS WITH DISABILITIES ACT**

26. Reallege paragraphs 1-25 of this Complaint as if fully set for the herein.

Complaint

1   27.   Plaintiff Alaa Elkharwily is a disabled person within the meaning of the Americans With Disabilities Act.

28.   Plaintiff Elkharwily on more than one occasion requested accommodations for his disabilities, to wit: extensions of time to respond to Defendants' orders and demand regarding maintenance of said apartment building and compliance with Defendants' orders and opportunity to contest the last non-occupancy order.

29.   Defendants have refused said requests.

30.   Defendants' refusal has placed Plaintiffs in the position of losing the building tenants and suffering harm, some of which is irreparable.

31.   Defendants' refusal to accommodate Plaintiff Elkharwily's disabilities violates 42 U.S.C Section 12132.

WHEREFORE, Plaintiffs seek the following relief:

1. A declaration that defendants have and are violating Plaintiffs' rights under the 14th Amendment and the Americans With Disabilities Act.
2. Temporary and permanent injunction prohibiting Defendants from violating Plaintiffs' rights under the due process and equal protection clauses of the 14th Amendment to the U.S. Constitution and the Americans With Disabilities Act.
3. Damages caused by Defendants' wrongful acts, to the extent that they can be proved.
4. An award of costs and reasonable attorney fees.
5. Such other relief as the court deems just.

Dated: September 11, 2023.

Alaa Elkharwily, MD
726 W. 6th Ave. #303
Spokane, WA 99204
507-3908-6735

4

Complaint

```
                              PRO SE

                              _____
                              Neil E. Humphries, Esq.
                              421 W. Riverside
                              Suite 704
                              Spokane, WA 99201
                              509-838-4148
                              neil@neilhumphrieslawoffice.com
                              ATTORNEY FOR PLAINTIFFS
                              WSBA# 2737


                              /s Richard T. Wylie
                              Richard T. Wylie (MN# 11912X)
                              222 South Ninth Street
                              Suite 1600
                              Minneapolis, MN 55402
                              612-337-9581
                              Email: rickwlaw@aol.com
                              Attorney for Plaintiffs (pro hac vice will be
                              applied for)
```

5

Complaint