FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALL STREET APARTMENTS, LLC and ALAA ELKHARWILY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SPOKANE, LUIS GARCIA, DERMOTT MURPHY, LAND DAHL, BRIAN SCHAEFFER, NATHAN MULKEY and JASON RUFFING,<br><br>Defendants. | NO. 2:23-CV-0262-TOR<br><br>ORDER DENYING RECONSIDERATION AND GRANTING DISQUALIFICATION |

BEFORE THE COURT are Plaintiff Alaa Elkharwily's two Motions for Reconsideration (ECF Nos. 55 and 56) and Motion to Expedite (ECF No. 54). Also before the Court is Defendants' Motion to Disqualify Counsel (ECF No. 51).

The Court has reviewed the record and files herein, the completed briefing, and is fully informed. For the reasons discussed below, Plaintiff's Motions for

ORDER DENYING RECONSIDERATION AND GRANTING
DISQUALIFICATION ~ 1

Reconsideration (ECF Nos. 55 and 56) are **denied**. Defendants' Motion to Disqualify Counsel (ECF No. 51) is **granted**.

Plaintiff has come forward with no legitimate reason to reconsider the Court's ruling denying a stay in this case. Accordingly, Plaintiff's motions are denied.

Plaintiff's designated lead attorney of record for this case is Richard T. Wylie ("Wylie"), a Minnesota bar licensed attorney appearing pro hac vice for this case (ECF No. 10). Pursuant to Local Rule 83.2(c):

> Any member in good standing of the bar of any court of the United States, or of the highest court of any state, or of any organized territory of the United States, and who neither resides nor maintains an office for the practice of law in the State of Washington, may be permitted upon a showing of particular need to appear and participate in a particular case. There shall be joined of record in such appearance an associated attorney admitted to practice in this Court who shall sign all pleadings, motions, and other papers prior to filing and shall meaningfully participate in the case.

The prior associated attorney admitted to practice law in Washington was previously terminated from representation in this case. Wylie was given a Clerk's Notice of Deficiency on October 11, 2024. ECF No. 37.

Four months have elapsed and Plaintiff has no local counsel. Because Richard T. Wylie cannot appear on his own, he must be disqualified as pro hac vice counsel on this case. Plaintiff Wall Street Apartments, LLC must be represented by an attorney. In federal court, "corporations and other

ORDER DENYING RECONSIDERATION AND GRANTING DISQUALIFICATION ~ 2

unincorporated associations must appear in court through an attorney." *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994). Plaintiff Wall Street Apartments, LLC must retain local counsel in compliance with Local Rule 83.2(c), or the case will be dismissed.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff Alaa Elkharwily's two Motions for Reconsideration (ECF Nos. 55 and 56) are **DENIED**.

2. Plaintiff's Motion to Expedite (ECF No. 54) is **GRANTED**.

3. Defendants' Motion to Disqualify Counsel (ECF No. 51) is **GRANTED**. The Clerk of Court shall **terminate** Richard T. Wylie as pro hac vice counsel in this case.

The District Court Executive is directed to enter this Order and furnish copies to counsel and Mr. Elkharwily.

DATED February 10, 2025.

THOMAS O. RICE
United States District Judge

ORDER DENYING RECONSIDERATION AND GRANTING DISQUALIFICATION ~ 3