FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAA ELKHARWILY,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF SPOKANE, LUIS GARCIA, DERMOTT MURPHY, LANCE DAHL, BRIAN SCHAEFFER, NATHAN MULKEY, JASON RUFFING, FRANK SANDAL, and BRETT PHEBUS,<br><br>                Defendants. | NO: 2:23-CV-0262-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal without Prejudice. ECF No. 99. The parties agree that this matter is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B). The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulation for Dismissal without Prejudice, ECF No. 99, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(B) and the parties' stipulation, this action is **DISMISSED** without prejudice.

3. All deadlines, hearings, trial and all pending motions are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED March 18, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2